CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Ramon Camarena**<br>DOB: 2000; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-08374MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 20, 2025, in the District of Arizona, **Jesus Ramon Camarena**, knowing and in reckless disregard of the fact that certain illegal aliens, including Jesus Gabriel Cruz-Valenzuela, Juan Alexis Romero-Aispuro, and Daniel Eduardo Chinchillas-Guerrero, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 20, 2025, in the District of Arizona (Douglas), at approximately 1:00 p.m., Border Patrol agents (BPAs) observed a black 2015 Ford Explorer driving south on Highway 191 towards Douglas, Arizona. BPAs noted their intelligence unit had reported that this vehicle was recently successful in loading illegal aliens in the Douglas area. The Explorer was bearing a blue Arizona dealership license plate ADLB77 and was the police interceptor version. BPAs followed the Explorer from a distance as it turned onto Glenn Road before turning south onto Leslie Canyon Road and continuing to East Golf Course Road. BPAs lost sight of the Explorer near Leslie Canyon and Highway 80. Alien smuggling is commonly encountered off Highway 80 due to its proximity to the border and the lack of law enforcement cameras in the area. At approximately 1:25 p.m., BPAs again observed the Explorer, now driving west on Highway 80 near mile marker 380. BPAs pulled behind the Explorer and confirmed that it had a blue dealership license plate. The Explorer then turned north on North Perilla Street where BPAs initiated a vehicle stop. The Explorer yielded to the right side of the road and BPAs approached the driver's side of the vehicle. As BPAs approached, they noticed two subjects laying down in the backseat and one of the subjects was wearing camouflage pants consistent with what is worn by illegal aliens when trying to not be detected while crossing the border. As the driver rolled down the window, BPAs noticed that there was a front seat passenger also wearing the same style of camouflage pants. An immigration inspection was performed on the driver, identified as **Jesus Ramon Camarena**, and BPAs determined him to be a United States citizen. **Camarena** was asked who his passengers were, and he told BPAs that he picked them up on the side of the road and that he did not know their citizenship. An immigration inspection was then performed on the passengers, including Jesus Gabriel Cruz-Valenzuela, Juan Alexis Romero-Aispuro, and Daniel Eduardo Chinchillas-Guerrero, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Jesus Gabriel Cruz-Valenzuela, Juan Alexis Romero-Aispuro, and Daniel Eduardo Chinchillas-Guerrero do not possess the proper documentation to enter, pass through, or remain in the United States legally. As BPAs were taking **Camarena** into custody, he stated that he had a firearm underneath his seat in the vehicle. BPAs recovered the firearm from under **Camarena's** seat.   **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jesus Gabriel Cruz-Valenzuela, Juan Alexis Romero-Aispuro, and Daniel Eduardo Chinchillas-Guerrero

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Jacqueline M. Rateau* | DATE<br>September 22, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**                                                                 25-08374MJ

Material witness Jesus Gabriel Cruz-Valenzuela stated that he is a citizen of Mexico and that he was being charged $8,700 to be smuggled into the United States. He was also charged a different crossing fee of $9,000 for his first attempt. He crossed the border with two other individuals and was guided by cellphone as he walked for approximately three days until he reached a road. He was told that the walk to the road would only take three to five hours. He waited at the dirt road for approximately eight hours until the guides told him that a gray Kia would be arriving to pick him up. Two hours later, he was told that the vehicle was going to be a black Explorer. Cruz-Valenzuela went to look for water and was advised by the guide that the vehicle had arrived. He then ran towards the vehicle but was hesitant because it looked like a police vehicle. The guide then confirmed that it was the vehicle he needed to enter. Cruz-Valenzuela entered the rear of the vehicle, and the driver instructed him to lay down. The vehicle then drove before he felt it stop and pull over when he heard sirens. He described the driver as a young man with black hair and a beard who was wearing a hat. Cruz-Valenzuela was able to identify the driver as **Jesus Ramon Camarena** from a six-pack photo lineup.

Material witness Juan Alexis Romero-Aispuro stated that he is a citizen of Mexico and that he was being charged $7,500 to be smuggled into the United States. He crossed the border with two other individuals while wearing camouflage and was guided by cellphone as he walked for approximately three days before arriving at a road. He waited by the road for four hours. He saw a black Ford Explorer stop on the road and honk twice, which meant the vehicle was there for him. He entered the vehicle through the front passenger door and the other two individuals from his group were instructed by the driver to lay down. The vehicle drove for approximately six minutes before he saw a Border Patrol vehicle and was stopped. He described the driver as a young man with black hair and a beard who was approximately 30 years old and wearing a hat. Romero-Aispuro was able to identify **Jesus Ramon Camarena** as the driver of the vehicle through a six-pack photo lineup.

Material witness Daniel Eduardo Chinchillas-Guerrero stated that he is a citizen of Mexico and that he was charged $7,500 to be smuggled into the United States. He crossed the border with two other individuals and was guided by cellphone as he walked for approximately three days before arriving at a road and waiting for eight hours. Chinchillas-Guerrero stated that he wore camouflage clothing during his journey. The guides informed Chinchillas-Guerrero that the vehicle that would be picking him up would be a black Explorer by sending a picture of the vehicle. When the vehicle arrived, he entered the backseat, and the driver told him to lay down. The vehicle then drove normally until it sped up when they saw Border Patrol. He heard sirens and the vehicle stopped. Chinchillas-Guerrero described the driver as a young man with black hair and a beard who was wearing a hat. Chinchillas-Guerrero was able to identify **Jesus Ramon Camarena** as the driver of the vehicle through a six-pack photo lineup.

After waiving his *Miranda* rights, **Jesus Ramon Camarena** stated that he lives in Tucson, Arizona and that his friend contacted him through social media and invited him to stay at a ranch for the weekend. **Camarena** said he drove for approximately two hours in a black 2015 Ford Explorer that was registered to a different friend. **Camarena** stated that he drove on Interstate 10 down to Arizona State Route 80. He arrived at a ranch with the letter "G" on it but realized he was lost and tried to contact his friend but was unsuccessful. He then drove around near a weigh station in Douglas, Arizona before he saw three individuals wearing camouflage running on the side of the road. He believed they were joggers and asked them how they were doing in the Spanish language. The individuals responded in Spanish saying that they were good. **Camarena** then motioned for the individuals to enter his vehicle because he used to offer rides to hitchhikers with his father before he passed. One of the individuals sat in the front seat and the other two sat in the backseat. **Camarena** said he felt comfortable picking up strangers because he had his firearm with him. As he continued driving and looking for his friend's ranch, he saw a Border Patrol vehicle and noticed that the three individuals started to hide themselves. **Camarena** instructed the individuals to sit upright but the two individuals in the backseat proceeded to lay down. He saw the Border Patrol vehicle make a U-turn and activate the siren, so he pulled over. **Camarena** denied knowing that his passengers were in the United States illegally and denied receiving money to give them a ride.